[NOT FOR PUBLICATION]

 United States Court of Appeals
 For the First Circuit
 

No. 97-1934

 WILLIAM J. POLIS,

 Plaintiff - Appellant,

 v.

 WILLIAM WELD, ET AL.,

 Defendants - Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Joseph L. Tauro, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 

 Boudin and Stahl, Circuit Judges. 

 

 Paul S. Hughes for appellant. 
 Lucy A. Wall, Assistant Attorney General, with whom Scott 
Harshbarger, Attorney General, was on brief for appellee. 

 

 December 18, 1997
 

 Per Curiam. After full consideration of the parties' Per Curiam 

briefs and the record provided for our review, we conclude that

the district court properly granted the defendant-appellees'

motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to

state a claim upon which relief could be granted. We reach this

conclusion substantially for the reasons stated by the district

court. Affirmed. See 1st Cir. Loc. R. 27.1. Costs to 

appellees. Fed. R. App. P. 39(a).

 -2-